THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| TEMPLO PENTECOSTES SINAI-BETHESDA<br>    Plaintiff, | §<br>§<br>§<br>§ | |
| vs. | §<br>§ | CIVIL ACTION NO. 7:15-CV-192 |
| CHURCH MUTUAL INSURANCE COMPANY<br>    Defendants. | §<br>§<br>§<br>§<br>§ | |

## NOTICE OF SETTLEMENT

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Plaintiff Templo Pentecostes Sinai-Bethesda and Defendant Church Mutual Insurance Company have reached a settlement in this matter. Plaintiff and Defendant will submit an agreed motion of dismissal with prejudice within 60 days.

    Respectfully submitted,

    **ZELLE HOFMANN VOELBEL & MASON LLP**

    By: _/s/ Lindsey P. Bruning_
        G. Brian Odom
        State Bar No. 50511840
        Southern District Bar No. 24591
        bodom@zelle.com
        *Attorney-in-charge*
        Lindsey P. Bruning
        State Bar No. 24064967
        Southern District Bar No. 997691
        lbruning@zelle.com
    901 Main Street, Suite 4000
    Dallas, TX  75202-3975
    Telephone:    241-742-3000
    Facsimile:    214-760-8994

    **ATTORNEYS FOR DEFENDANT
    CHURCH MUTUAL INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this Notice of Settlement has been served this 29th day of October 2015 by electronic filing as follows:

Chris Schleiffer
Texas Bar No. 24088362
chris@vosslawfirm.com
*Attorney-in-charge*
Bill L. Voss
Texas Bar No. 24047043
bill.voss@vosslawfirm.com
Scott Hunziker
Texas Bar No. 24032446
scott@vosslawfirm.com
**THE VOSS LAW FIRM, P.C.**
26619 Interstate 45 South
The Woodlands, Texas 77380
(713) 861-0015 – phone
(713) 861-0021 – fax

**ATTORNEYS FOR PLAINTIFF**

                                           */s/ Lindsey P. Bruning*
                                             Lindsey P. Bruning

2173923v1