United States District Court
Southern District of Texas
**ENTERED**
January 11, 2016
David J. Bradley, Clerk

THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| TEMPLO PENTECOSTES SINAI-BETHESDA<br>Plaintiff,<br><br>vs.<br><br>CHURCH MUTUAL INSURANCE COMPANY<br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 7:15-CV-192 |

### ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE

Plaintiff Templo Pentecostes Sinai-Bethesda and Defendant Church Mutual Insurance Company jointly move to dismiss this action with prejudice, each party bearing its own costs. After considering the Motion, this Court is of the opinion that the Motion should be, in all things, GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that Plaintiff and Defendant's Joint Motion to Dismiss with Prejudice in its entirety is hereby GRANTED.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that all costs of Court and attorneys' fees shall be taxed to the party incurring same.

SIGNED this 11th day of January, 2016 at McAllen, Texas.

_____
JUDGE PRESIDING